# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CORONADO,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:16-cv-01294-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>TEN DAY DEADLINE |

Plaintiff Paul Coronado filed this action on August 31, 2016.  The summonses were issued on September 2, 2016.  Pursuant to the scheduling order issued on September 2, 2016, Plaintiff is required to effect service within twenty days of filing the complaint and file a return of service with this Court.  More than twenty days have passed and Plaintiff has not filed a return of service with the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within ten (10) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:   **September 29, 2016**

UNITED STATES MAGISTRATE JUDGE

1